# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN D. DUNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-750 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On June 11, 2014, the magistrate judge issued a Report (Doc. 21) recommending that Plaintiff's Motion for Summary Judgment (*see* Docs. 15 & 18) be denied, and that Defendant's Motion for Summary Judgment (Doc. 19) be granted. Service of the Report and Recommendation was made on the parties, and Plaintiff timely has filed Objections. *See* Doc. 22.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Plaintiff's Motion for Summary Judgment (*see* **Docs. 15 & 18**) is **DENIED**, and Defendant's Motion for Summary Judgment (**Doc. 19**) is **GRANTED**. The Magistrate Judge's Report and Recommendation dated June 11, 2014 is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

July 21, 2014                                    s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

Carmen D. Dunson
712 Mellon Street
Pittsburgh, PA  15206